Higbee & Associates
Mathew K. Higbee, Esq. SBN 241380
3110 W. Cheyenne Avenue, Suite 200
North Las Vegas, NV 89032
Telephone: (813) 713-3013
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law
Attorney for Plaintiff,
Tamara Williams

MANDOUR & ASSOCIATES, APC
Joseph A. Mandour, III (SBN 188896)
Ben T. Lila (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone:  (858) 487-9300
Email: jmandour@mandourlaw.com
Attorneys for Defendants,
Brazilian Skincare Group LLC and Wilson B. Chuiere

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

Plaintiff,

v.

BRAZILIAN SKIN CARE GROUP LLC d/b/a BRZLNSKIN LLC; WILSON B. CHUIERE JR, individually, and DOES 1 through 10 inclusive,

Defendants.

) Civil Case No. 2:26-cv-01714-ODW-BFM
)
) **JOINT MOTION TO EXTEND**
) **DEFENDANTS' TIME TO**
) **RESPOND TO THE INITIAL**
) **COMPLAINT**
)
) **District Judge: Hon. Otis D. Wright II**
)
) Complaint served: April 1, 2026
) Current response date: May 22, 2026
)
) New response requested date: June 22,
) 2026
)
)

Plaintiff Tamara Wareka and Defendants Brazilian Skincare Group LLC and Wilson B. Chuiere hereby jointly move to extend Defendants' time to respond to the Complaint to June 22, 2026 based on the following:

1.     Plaintiff Tamara Wareka filed a complaint in the above-captioned matter ("Complaint") on February 18, 2026. ECF No. 1.

2.     Plaintiff served the complaint on Defendants on April 1, 2026.  ECF No. 13.

3.     Plaintiff and Defendants stipulated to extend the deadline for Defendants to respond to May 22, 2026, pursuant to L.R. 8-3.  ECF No. 16.

4.      Plaintiff and Defendants have reached a settlement in principle and seek a 30-day extension of time to finalize and execute a Settlement Agreement.

\\

\\

\\

\\

Based on the foregoing, Plaintiff and Defendants respectfully request the Court enter an Order extending Defendants' time to answer or otherwise respond to the Complaint to June 22, 2026.

Respectfully submitted,

Dated: <u>May 21, 2026</u>

**Higbee & Associates**


<u>      s/ Mathew K. Higbee      </u>
Email: mhigbee@higbee.law
Attorneys for Plaintiff,
Tamara Wareka


**MANDOUR & ASSOCIATES, APC**


<u>      s/ Ben T. Lila      </u>
Ben Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for defendants,
Brazilian Skincare Group LLC and Wilson B. Chuiere

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF Filing System, which will serve electronic notice of the same on the following:

Higbee & Associates
Mathew K. Higbee, Esq. SBN 241380
3110 W. Cheyenne Avenue, Suite 200
North Las Vegas, NV 89032
Telephone: (813) 713-3013
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law

Dated:  May 21, 2026                    /s Ben T. Lila
                                         Ben T. Lila
                                         Email: blila@mandourlaw.com

Civil Case No. 2:26-cv-01714-ODW-BFM
JOINT MOTION TO EXTEND DEFENDANTS' TIME TO
RESPOND TO THE INITIAL COMPLAINT
-4-