**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRAZILIAN SKIN CARE GROUP LLC d/b/a BRZLNSKIN LLC; WILSON B. CHUIERE JR, individually, and DOES 1 through 10 inclusive,<br><br>    Defendants. | ) **Civil Case No. 2:26-cv-01714-ODW-BFM**<br>)<br>) **[PROPOSED] ORDER ON JOINT**<br>) **MOTION TO EXTEND**<br>) **DEFENDANT'S TIME TO**<br>) **RESPOND TO THE INITIAL**<br>) **COMPLAINT**<br>)<br>) **District Judge: Hon. Otis D. Wright II**<br>)<br>)<br>)<br>)<br>) |

Pending before the Court is the parties' joint motion for an extension of time for defendants Brazilian Skincare Group LLC and Wilson B. Chuiere to answer or otherwise respond to the complaint.

Having read and considered the moving papers, and GOOD CAUSE APPEARING, the Court GRANTS the joint motion.  Accordingly, Defendants Brazilian Skincare Group LLC and Wilson B. Chuiere shall answer or otherwise respond to the complaint no later than June 22, 2026.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Otis D. Wright II
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF Filing System, which will serve electronic notice of the same on the following:

Higbee & Associates
Mathew K. Higbee, Esq. SBN 241380
3110 W. Cheyenne Avenue, Suite 200
North Las Vegas, NV 89032
Telephone: (813) 713-3013
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law

Dated:  May 21, 2026                          /s Ben T. Lila
                                              Ben T. Lila
                                              Email: blila@mandourlaw.com